ORIGINAL

## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Curry-Malcolm v. Rochester City School District , et. al.      Docket No.: 21-2683

Lead Counsel of Record (name/firm) or Pro se Party (name): Mrs. Bernice Curry-Malcolm, pro se

Appearance for (party/designation): Pro Se Appellant, Bernice Curry-Malcolm

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✔] Correct
- [ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
- [✔] Correct
- [ ] Incorrect.    The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.    Please change the following parties' designations:
  Party             Correct Designation

*(stamp at right:)* 2021 NOV -3 PM 2:38 CLERK'S OFFICE U.S. COURT OF APPEALS RECEIVED

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✔] Correct
- [ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Mrs. Bernice Curry-Malcolm
Firm: Not Applicable
Address: 6 Gingerwood Way, West Henrietta, New York 14586
Telephone: non-published/Private      Fax: Not Applicable
Email: none, private

## RELATED CASES

- [ ] This case has not been before this Court previously.
- [✔] This case has been before this Court previously.    The short title, docket number, and citation are: Curry-Malcolm v. Rochester City School District, et. al.
  19-2416, Curry-Malcolm v. Rochester City School Dist., et al., No. 19-2416 (2d. Cir. Nov. 12, 2020), Malcolm v. ASAR, No. 19-2412, (2d. Cir. Oct. 14, 2020), Malcolm v. Rochester City School Dist., et al., No. 19-2409 (2d. Cir. Nov. 12, 2020)
- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [ ] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on_____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: _____
Type or Print Name: _____
      OR
Signature of pro se litigant: *Mrs. Bernice Curry-Malcolm*
Type or Print Name: Mrs. Bernice Curry-Malcolm
- [✔] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



BERNICE CURRY- MALCOLM
                   Plaintiff,

**NOTICE OF APPEAL**
**Civ. No.: 17-cv-6878**
**U.S.C.A. Appeal No.: 19-2412cv**

ASSOCIATION OF SUPERVISORS AND
ADMINISTRATORS OF ROCHESTER, ("ASAR")
DR. TIMOTHY CLIBY, PRESIDENT and Individually,
JOHN ROWE, VICE PRESIDENT and Individually,
ROCHESTER CITY SCHOOL DISTRICT,
BARBARA DEANE-WILLIAMS,
SUPERINTEDENT OF SCHOOLS and Individually,
SANDRA SIMPSON, CHIEF OF SPECIALIZED
SERVICES AND FORMER INTERIM EXECUTIVE
DIRECTOR OF SPECIALIZED SERVICES and Individually,
MARY PAULY, EXECUTIVE DIRECTOR OF SPECIALIZED
SERVICES and Individually, TERESA ROOT, ZONE DIRECTOR
OF SPECIALIZED SERVICES and Individually,

                   Defendants.

**NOTICE OF APPEAL**
**Civ. No.: 18-cv-6450**
**U.S. C. A. Appeal No.19-cv-2416**

**Honorable David G. Larimer**

**JURY TRIAL DEMANDED**

**NOTICE OF APPEAL**
(17-cv-6878, *Malcolm I, Malcolm II* connection to *Malcolm I*, and 18-cv-6450, *Malcolm III*)

**PLEASE TAKE NOTICE,** that the United States Court of Appeals for the Second Circuit has retained jurisdiction (Panel I). See *Malcolm v. ASAR*, No. 19-2412slip op. at 7-8 (2d. Cir. Oct 14, 2020) ("*Malcolm I*"), *Curry-Malcolm v. Rochester City School Dist., et al.*, No. 19-2416 slip op. at 5-6 (2d. Cir. Nov. 12, 2020) ("*Malcolm III*").

**PLAINTIFF, BERNICE CURRY-MALCOLM'S**
**NOTICE OF APPEAL FROM THE FINAL DECISION AND ORDER OF HONORABLE**
**DAVID G. LARIMER DATED OCTOBER 19, 2021**
*IN RE* **CASE Nos. 17-cv-6878 (17-cv-6873), and 18-cv-6450**

**PLEASE TAKE NOTICE** that the related cases associated with the above-captioned matter pending before the United States Court of Appeals for the Second Circuit is:

**BERNICE CURRY-MALCOLM v. ROCHESTER CITY SCHOOL DISTRICT and**
**ROCHESTER CITY SCHOOL DISTRICT BOARD OF EDUCATION** (20-cv-6537,
*Malcolm IV*, W.D.N.Y, Honorable David G. Larimer, J.), **U.S.C. A. Docket No.: 20-2808cv.**

[1]



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

District Court, Consolidated Cases :

—————————————————————

BERNICE CURRY- MALCOLM

                Plaintiff,

**NOTICE OF APPEAL**
**Civ. No.: 17-cv-6878**
**Prior Cases: 19-2412**

ASSOCIATION OF SUPERVISORS AND
ADMINISTRATORS OF ROCHESTER, ("ASAR")
DR. TIMOTHY CLIBY, PRESIDENT and Individually,
JOHN ROWE, VICE PRESIDENT and Individually,
ROCHESTER CITY SCHOOL DISTRICT,
BARBARA DEANE-WILLIAMS,
SUPERINTEDENT OF SCHOOLS and Individually,
SANDRA SIMPSON, CHIEF OF SPECIALIZED
SERVICES AND FORMER INTERIM EXECUTIVE
DIRECTOR OF SPECIALIZED SERVICES and Individually,
MARY PAULY, EXECUTIVE DIRECTOR OF SPECIALIZED
SERVICES and Individually, TERESA ROOT, ZONE DIRECTOR
OF SPECIALIZED SERVICES and Individually,

                Defendants.

**Payment for Civ. Appeal No.: 18-**
**cv-6450 applied, Receipt No.**
**ROC13148, 10/25/2021)**
**Prior Cases:19-2416**
**U.S.C.A Docket No. 21-2683**

**Honorable David G. Larimer**

**JURY TRIAL DEMANDED**

—————————————————————

### NOTICE OF APPEAL

(17-cv-6878, *Malcolm I, Malcolm II* connection to *Malcolm I*, and 18-cv-6450, *Malcolm III*).

**PLEASE TAKE NOTICE,** that the United States Court of Appeals for the Second Circuit has retained jurisdiction (Panel I). See *Malcolm v. ASAR*, No. 19-2412slip op. at 7-8 (2d. Cir. Oct 14, 2020) ("*Malcolm I*"), *Curry-Malcolm v. Rochester City School Dist., et al.*, No. 19-2416 slip op. at 5-6 (2d. Cir. Nov. 12, 2020) ("*Malcolm III*").

**PLAINTIFF, BERNICE CURRY-MALCOLM'S**
**NOTICE OF APPEAL FROM THE FINAL DECISION AND ORDER OF HONORABLE**
**DAVID G. LARIMER DATED OCTOBER 19, 2021**
***IN RE* CASE Nos. 17-cv-6878 (17-cv-6873), and 18-cv-6450**

**PLEASE TAKE NOTICE** that the related cases associated with the above-captioned matter pending before the United States Court of Appeals for the Second Circuit is:

**BERNICE CURRY-MALCOLM v. ROCHESTER CITY SCHOOL DISTRICT and**
**ROCHESTER CITY SCHOOL DISTRICT BOARD OF EDUCATION** (20-cv-6537,
*Malcolm IV*, W.D.N.Y, Honorable David G. Larimer, J.), U.S.C. A. Docket No.: 20-2808cv.

[1]

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Bernice Curry-Malcolm

$$\text{ORIGINAL}$$

**CERTIFICATE OF SERVICE***

Docket Number: **21-2683**

v.

Rochester City School District, et. al.

I, **Mrs. Bernice Curry-Malcolm**, hereby certify under penalty of perjury that
(print name)

on November 1, 2021 , I served a copy of the Acknowledgement and Notice of Appeal Form,
(date)
Form D-P, Oral Argument, and Pro Se Scheduling Notification Form

(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other
                                                              Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Alison Moyer, Esq. | 131 West Broad Street | Rochester | New York | 14614 |
|---|---|---|---|---|
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |
| | | | | |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**November 1, 2021**
Today's Date

_Mrs. Bernice Curry-Malcolm_
Signature

Certificate of Service Form (Last Revised 12/2015)




U.S. POSTAGE PAID
PME 1-Day
HENRIETTA, NY
14467
NOV 01 21
AMOUNT
**$27.10**
R2303S102571-08

1007    10007


**UNITED STATES POSTAL SERVICE**®

# PRIORITY MAIL EXPRESS


USPS SDNY

To schedule free
Package Pickup,
scan the QR code.




USPS.COM/PICKUP

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2

---


**UNITED STATES POSTAL SERVICE**®  |  **PRIORITY MAIL EXPRESS**®

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)                          PHONE (        )

Mrs. Bernice Curry-Malcolm
6 Gingerwood Way
West Henrietta, NY 14586

**DELIVERY OPTIONS (Customer Use Only)**

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)                          PHONE (        )

Clerk's office
U.S. Court of Appeals 2nd Circuit
Thurgood Marshal U.S. Court House
40 Foley Square
New York, New York 10007

**ZIP + 4®** (U.S. ADDRESSES ONLY)

1 0 0 0 7 -

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

---

EI 022 325 692 US

Signature Required

**PAYMENT BY ACCOUNT** (if applicable)
USPS® Corporate Acct. No.  |  Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☒ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|

PO ZIP Code: **14467**  |  Scheduled Delivery Date (MM/DD/YY): **11/02/21**  |  Postage: **$ 27.10**

Date Accepted (MM/DD/YY): **11/01/21**  |  Scheduled Delivery Time ☒ 6:00 PM  |  Insurance Fee: $  |  COD Fee: $

Time Accepted: **4:08** ☐ AM ☒ PM  |  Return Receipt Fee:  |  Live Animal Transportation Fee: $

Special Handling/Fragile: $  |  Sunday/Holiday Premium Fee: $  |  Total Postage & Fees: $

Weight ☒ Flat Rate: ___ lbs. ___ ozs.  |  Acceptance Employee Initials

HENRIETTA NY — NOV 1 2021  $27.10

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY): Time: ☐ AM ☐ PM  |  Employee Signature

Delivery Attempt (MM/DD/YY): Time: ☐ AM ☐ PM  |  Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

---



UNITED STATES POSTAL SERVICE

---

✱ Money Back Guarantee to U.S., select APO/FPO/DPO, and select International destinations. See DMM and IMM at pe.usps.com for complete details.