United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: May 01, 2023
Docket #: 21-2683cv
Short Title: Curry-Malcolm v. Rochester City School District

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 18-cv-6450
DC Court: WDNY (ROCHESTER)
DC Docket #: 17-cv-6878
DC Court: WDNY (ROCHESTER)
DC Judge: Larimer

# REVISED NOTICE OF SUBMISSION DATE
# FOR DETERMINATION OF APPEAL

**Submission Date:** Friday, May 12, 2023

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.